# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                  Case No.: 1:19−cr−00220
                                                  Honorable Sharon Johnson Coleman

Haiping Pan, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 10, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to Huanxin Long (2): Status hearing held on 4/10/2023. Counsel for the government reported that defendant's sentencing has been postponed until the extradition of a defendant in a related criminal matter and all discovery has been produced to defendant's new counsel. An in−person status hearing is set for 6/13/2023 at 9:45 AM. Mailed notice. (ym,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.